IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHONDA DUNN, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:11-CV-489-CAR |
| | * |
| T. Guidry, Individually and in his official capacity as a Police Officer for the City of Macon, Georgia Police Department, et al., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 30th day of September, 2013.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk